UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERRI SLAUGHTER-CABBELL, et al.. | | |
| Plaintiff, | | CIVIL ACTION FILE |
| vs. | | NO. 1:11-cv-4311-WSD |
| RYLA TELESERVICES, INC., | | |
| Defendant. | | |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of Motion for Award of Attorneys' Fees, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiffs recover from Defendant reasonable attorney's fees in the amount set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion For Attorneys' Fees and Litigation Expenses.

Dated at Atlanta, Georgia this  day of January, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: */s/ K. Thornton*
    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    January 3, 2013
James N. Hatten
Clerk of Court


By: */s/ K. Thornton*
    Deputy Clerk