IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRI SLAUGHTER-CABBELL, LANA HOOKS, & CHINELA N. JOHNSON, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>RYLA TELESERVICES, INC.,<br><br>       Defendant. | 1:11-cv-00202-WSD<br>1:11-cv-4311-WSD |

## ORDER FOR SETTLEMENT APPROVAL

On December 17, 2012, a hearing was held on the Parties' Joint Motion for Approval of their FLSA settlement. Having considered the Parties' Joint Motion for Approval of FLSA Settlement, the supporting Memorandum of Law, declaration and exhibits, and the arguments of counsel, the Court issues the following Order:

1. The Parties' Joint Motion for Approval of their FLSA Settlement is **GRANTED**. The terms of settlement are fair, reasonable, and resolve a bona fide dispute between the Parties with respect to liability and damages.

2. Settlement Class Members Iris Edmond, Ashley Hill, and Aiyana Thompson excluded themselves from the settlement. Their claims are **DISMISSED WITHOUT PREJUDICE** and the statute of limitations on their claims is hereby tolled for (30) thirty days.

3. The claims of Named Plaintiffs Terri Slaughter-Cabbell, Lana Hooks, and Chinela N. Johnson, and the Opt-in Plaintiffs are hereby **DISMISSED WITH PREJUDICE**, without fees, costs, or disbursements to any party, except as provided in the Court's Order on Plaintiffs' Unopposed Motion for Attorneys' Fees and Litigation Expenses.

**SO ORDERED** this 3rd day of January, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE